MARIA LONGOBARDI-O'CONNOR ET AL. *v.* MARCEL
P. FALCON
(AC 26179)

Gruendel, Harper and Berdon, Js.

Argued March 31—officially released April 25, 2006

Per Curiam. The judgment is affirmed.

OCWEN FEDERAL BANK, F.S.B. *v.* ANDREW
THACKER ET AL.
(AC 26509)

DiPentima, Gruendel and Hennessy, Js.

Submitted on briefs March 31—officially released April 25, 2006

Per Curiam. The judgment is affirmed.

JOSEPH DRONZANK *v.* COMMISSIONER OF
CORRECTION
(AC 25766)

DiPentima, Gruendel and Hennessy, Js.

Submitted on briefs March 31—officially released April 25, 2006

Per Curiam. The appeal is dismissed.